

**Beck | Redden** LLP

The Trial and Appellate Law Firm

1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713.951.3700 · Fax: 713.951.3720
www.beckredden.com

Parth S. Gejji
713.951-6288
pgejji@beckredden.com
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization



ACCEPTED
15-25-00003-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 2:58 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 2:58:53 PM
CHRISTOPHER A. PRINE
Clerk

March 31, 2025

Re:  No. 15-25-00003-CV; *Lone Star NGL Product Services LLC v. EagleClaw Midstream Ventures LLC et al.*; in the Fifteenth Court of Appeals

---

*Via Efiling*
Christopher A. Prine, Clerk
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

Dear Mr. Prine:

Please accept this letter as notice that Parth S. Gejji will present the oral argument for EagleClaw Midstream Ventures LLC and CR Permian Processing, LLC, on Tuesday, April 15, 2025, at 1:00 p.m.

Thank you for your assistance.

Respectfully submitted.

*/s/ Parth S. Gejji*
Parth S. Gejji
State Bar No. 24087575
pgejji@beckredden.com

*Attorney for EagleClaw Midstream Ventures LLC and CR Permian Processing, LLC*

c: All Counsel of Record via TexFile

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Crochet on behalf of Parth Gejji
Bar No. 24087575
jcrochet@beckredden.com
Envelope ID: 99087303
Filing Code Description: Letter
Filing Description: Letter Regarding Oral Argument Presentation for EagleClaw Midstream Ventures LLC and CR Permian Processing. LLC
Status as of 3/31/2025 3:11 PM CST

Associated Case Party: Lone Star NGL Product Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cindy Hickman | | cindy.hickman@nortonrosefulbright.com | 3/31/2025 2:58:53 PM | SENT |
| Angelina Martinez | | angelina.martinez@nortonrosefulbright.com | 3/31/2025 2:58:53 PM | SENT |
| Rafe Schaefer | 24077700 | rafe.schaefer@nortonrosefulbright.com | 3/31/2025 2:58:53 PM | SENT |
| Abraham Chang | 24102827 | abraham.chang@nortonrosefulbright.com | 3/31/2025 2:58:53 PM | SENT |
| William Boyce | 2760100 | bboyce@adjtlaw.com | 3/31/2025 2:58:53 PM | SENT |
| Timothy Shinn | 24125409 | Timothy.shinn@nortonrosefulbright.com | 3/31/2025 2:58:53 PM | SENT |
| Andrew Price | | andrew.price@nortonrosefulbright.com | 3/31/2025 2:58:53 PM | SENT |
| Stacey Jett | | sjett@adjtlaw.com | 3/31/2025 2:58:53 PM | SENT |

Associated Case Party: EagleClaw Midstream Ventures LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Fields Alexander | | falexander@beckredden.com | 3/31/2025 2:58:53 PM | SENT |
| Mary Raffetto | | mkraffetto@beckredden.com | 3/31/2025 2:58:53 PM | SENT |
| Garrett S.Brawley | | gbrawley@beckredden.com | 3/31/2025 2:58:53 PM | SENT |
| Cassie Maneen | | cmaneen@beckredden.com | 3/31/2025 2:58:53 PM | SENT |
| Parth S.Gejji | | pgejji@beckredden.com | 3/31/2025 2:58:53 PM | SENT |
| Thomas Ganucheau | | tganucheau@beckredden.com | 3/31/2025 2:58:53 PM | SENT |